## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Pack Liquidating, LLC, *et al.*,[1] | Case No. 22-10797 (CTG) |
| Debtor. | (Jointly Administered) |
| Pack Liquidating, LLC, *et al.*, | |
| Plaintiffs, | Adv. Proc. No. 23-50434 (CTG) |
| v. | |
| Quality King Distributors, Inc., | |
| Defendant. | |

## DEBTORS' WITNESS AND EXHIBIT LIST FOR
## HEARING ON AUGUST 21, 2023 AT 1:00 P.M. (ET)

**PLEASE TAKE NOTICE** that pursuant to the Court's Chambers Procedures the debtors and debtors in possession in the above-captioned cases (the "Debtors"), by and through its undersigned counsel, hereby give notice of the following witness in connection with the hearing scheduled for August 21, 2023 at 1:00 p.m. (ET) (the "Hearing").

Brian Teets: Testimony of Brian Teets related to all topics included in the (i) *Declaration of Brian Teets in Support of Debtors' Motion for Temporary Injunctive Relief* [Adv. Docket No. 5].

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number include: Pack Liquidating, LLC (6932); GV Liquidating LLC (1513); PM Liquidating, LLC (6006); PP Liquidating, LLC (6676); PV Liquidating, LLC (1172); and AB Liquidating, LLC (8582). The location of the Debtors' service address in these chapter 11 cases is c/o Cooley LLP, 55 Hudson Yards, New York, NY 10001.

**PLEASE TAKE FURTHER NOTICE** that the Debtors intend to submit into evidence at the Hearing the following exhibits:

| Exhibit No. | Document Title | Adv. Docket No. |
|---|---|---|
| Debtors' Exhibit 1 | Complaint filed by Defendant Quality King Distributors, Inc. against Adam J. Berkowitz in the Supreme Court of New York for the County of Suffolk on May 17, 2023 | Adv. Docket No. 6, Ex. 1. |
| Debtors' Exhibit 2 | The Debtors' D&O Policies | Adv. Docket No. 15, Ex. 1 |
| Debtors' Exhibit 3 | Indemnification Agreement, dated June 11, 2018, between Entourage Commerce, LLC (now Pack Liquidating LLC) and Adam Berkowitz | Adv. Docket No. 15, Ex. 2 |

**PLEASE TAKE FURTHER NOTICE** that the Debtors reserve the right to (a) amend and/or supplement this initial Witness List at any time prior to the Hearing; (b) identify additional witnesses who may testify at the Hearing; (c) call additional witnesses for the purposes of rebuttal or impeachment and to further supplement the foregoing initial Witness List as appropriate; (d) call any witness identified by another party in their initial witness list, regardless of whether that party thereafter removes the witness from their list; and (e) call any witness necessary for the purpose of authenticating documents or otherwise seeking the admission of documents into evidence.

[*Remainder of Page Intentionally Left Blank*]

IMPAC 10976831v.1

| | |
|---|---|
| Dated: August 20, 2023<br>Wilmington, Delaware | Respectfully submitted,<br><br>*/s/ Aaron H. Stulman*<br>Christopher M. Samis (No. 4909)<br>L. Katherine Good (No. 5101)<br>Aaron H. Stulman (No. 5807)<br>**POTTER ANDERSON & CORROON LLP**<br>1313 N. Market Street, 6th Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 984-6000<br>Facsimile: (302) 658-1192<br>Email: csamis@potteranderson.com<br>       kgood@potteranderson.com<br>       astulman@potteranderson.com<br><br>- and -<br><br>Michael Klein, Esq.<br>Erica Richards, Esq.<br>Paul Springer, Esq.<br>**COOLEY LLP**<br>55 Hudson Yards<br>New York, NY 10001<br>Telephone: (212) 479-6000<br>Facsimile: (212) 479-6275<br>Email: mklein@cooley.com<br>       erichards@cooley.com<br>       pspringer@cooley.com<br><br>- and -<br><br>Cullen Drescher Speckhart, Esq.<br>**COOLEY LLP**<br>1299 Pennsylvania Avenue, NW Suite 700<br>Washington, DC 20004<br>Telephone: (202) 842-7800<br>Facsimile: (202) 842-7899<br>Email: cspeckhart@cooley.com<br><br>*Counsel for Debtors and Debtors in Possession* |